# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KEVIN WILLIAMS A/K/A KIRBY
STEWART,

           Petitioner

         v.

JOHN KERESTES, CRAIG STEDMAN,

           Respondents

: No. 507 MAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.